UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

PAUL VEGA,

          Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

**07 CRIM. 373**

## COUNT ONE

The Grand Jury charges:

1. From in or about January 2001, up to and including in or about January 2003, in the Southern District of New York and elsewhere, PAUL VEGA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that PAUL VEGA, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## OVERT ACTS

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

    a. In or about November 2002, PAUL VEGA, the defendant, met with a co-conspirator not named as a defendant herein in the vicinity of West 123rd Street and Broadway in New York, New York, and accepted delivery of approximately 48 kilograms of cocaine.

    (Title 21, United States Code, Section 846.)

_____  _____
FOREPERSON           MICHAEL J. GARCIA
                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

- v. -

PAUL VEGA,

Defendant.

---

<u>INDICTMENT</u>

07 Cr. _____

(Title 21, United States Code, 846)


<u>MICHAEL J. GARCIA</u>
United States Attorney


A TRUE BILL.

_____
*[signature]*
**Foreperson.**

*5/1/07 Filed Indictment. Case assigned to Judge Stein & Mag. Judge Katz*