

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/07
```

**BY FACSIMILE**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

MEMO ENDORSED

Re: <u>United States v. Paul Vega,</u>
07 Cr. 373 (SHS)

Dear Judge Stein:

    Enclosed please find Indictment 07 Cr. 373 (SHS), which was assigned to Your Honor yesterday. The Indictment charges the defendant in one count with participating in a narcotics conspiracy. The defendant was previously presented on a complaint before Magistrate Judge Eaton on March 1, 2007. Arraignment and the first pre-trial conference is currently scheduled for Monday, May 7 at 12:00 p.m. The Government respectfully requests that time be excluded from speedy trial calculations until that date to allow the parties time to discuss the Indictment and the discovery in this case. Defense counsel, Margaret Shalley, consents to this request. *Exclusion of*

*from 5/3 until 5/7*    Respectfully submitted, *pursuant to 18 U.S.C. 3161(h)(8)(A)*

MICHAEL J. GARCIA
United States Attorney

By: *Marissa Molé*
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

cc: Margaret Shalley, Esq.

Encl.

SO ORDERED 5/3/07

SIDNEY H. STEIN
U.S.D.J.