

# FASULO, SHALLEY & DIMAGGIO L.L.P.
## ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO
* ADMITTED NJ

OF COUNSEL
DOUGLAS KAHAN

November 9, 2007

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07**

**VIA REGULAR MAIL**
Honorable Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

                Re:    *United States v. Paul Vega*
                      07 CR 373 (SHS)

Dear Judge Stein:

    I represent Mr. Paul Vega in the above-referenced matter. I respectfully request that the Court schedule a conference as soon as possible. There has been a systemic breakdown in attorney-client communication. Mr. Vega no longer trusts my recommendations and, as a result, is not listening to my legal advice. This has led to an irreparable breakdown in the attorney-client relationship. Mr. Vega has requested new counsel and a conference to resolve the issue.

                                          Sincerely,

                                          Margaret M. Shalley

cc:    Marissa Mole, AUSA
        *Via Regular Mail*

*[Handwritten:]* There will be a Conference on 11/16/07, at 9:30 a.m.
SO ORDERED 11/14/07

SIDNEY H. STEIN
U.S.D.J.

225 BROADWAY • SUITE 715 • NEW YORK, NY • 10007
NY (212) 566-6212 • FAX (212) 566-8165 • NJ (908) 273-5721
• FSDLAW@AOL.COM •