USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,          :          07 Cr. 373 (SHS)

     -against-                            :          ORDER

PAUL VEGA,                                      :

               Defendant.          :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendant,

    IT IS HEREBY ORDERED that Margaret Shalley is relieved and Martin

Geduldig will assume representation of defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
       November 16, 2007

                       SO ORDERED:

                       Sidney H. Stein, U.S.D.J.