```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :     ORDER
                                 :
PAUL VEGA,                       :     07 Cr. 373 (SHS)
                                 :
            Defendant.           :
                                 :
                                 :
- - - - - - - - - - - - - - - - x

   WHEREAS, with defendant PAUL VEGA's consent, his guilty plea allocution was taken before the Honorable Ronald L. Ellis, United States Magistrate Judge, on December 19, 2007;

   WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Indictment knowingly and voluntarily, and that there is a factual basis for the guilty plea,

   IT IS ORDERED that defendant PAUL VEGA's guilty plea be, and hereby is, ACCEPTED.

Dated:  2/4    , 2008.

                                   _____
                                   The Honorable Sidney H. Stein
                                   United States District Judge